**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT PF CALIFORNIA**

```
UNITED STATES OF AMERICA,   )   CASE NO. 01:08-CR-00282 LJO
                            )
                            )   ORDER
         Plaintiff,         )
                            )
                            )
    vs.                     )
                            )
                            )
FRANCISCO LIERA             )
                            )
         Defendant.         )
_____)
```

**ORDER**

GOOD CAUSE BARELY APPEARING, It is hereby ordered that the sentencing hearing be continued from September 25, 2009 at 9:30 a.m., until  October 30, 2009 at 9:00a.m.

IT IS SO ORDERED.

**Dated:   September 17, 2009**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE